**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

UNITED STATES OF AMERICA            PLAINTIFF

v.            CASE NO. 3:20-CR-00005-BSM

EIICHI MOORE            DEFENDANT

**ORDER**

    The superseding indictment was filed on July 7, 2020 and the trial has been continued six times. Doc. Nos. 52, 70, 98, 100, 116, 132. The present trial date was set on March 18, 2021. Approximately two weeks before trial, defendant Eiichi Moore moves to suppress evidence and compel discovery. Moore's motions [Doc. Nos. 146, 147] are untimely and denied. Even if the merits of the motions are reached, they are denied. *See United States v. Vesey*, 338 F.3d 913, 915 (8th Cir. 2003); Fed. R. Crim. P. 16(a)(1)(E)(i), (a)(2).

    IT IS SO ORDERED this 18th day of May, 2021.

UNITED STATES DISTRICT JUDGE